### (September 7, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD HAVENS, Petitioner, v DAVID R. HARRIS, as Superintendent of Green Haven Correctional Facility, et al., Respondents.—Application denied, and petition dated August 9, 1979 dismissed, without costs (see CPLR 7801).